**GOLDBERG SEGALLA LLP**
Matthew S. Marrone, Esquire
Saleel V. Sabnis, Esquire
902 Carnegie Center, Ste. 100
Princeton, New Jersey 08540-6530
Phone: (609) 986-1300
Fax: (609) 986-1301
Attorneys for Defendants
Errol Copilevitz and Copilevitz-Canter LLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID KEEZER and SCOTT PASCH a/k/a JAY HENRY SCOTT | Civil Action No.: :  : **Rule 7.1 CORPORATE** : **DISCLOSURE STATEMENT** : **FROM COPILEVITZ-CANTER** : **LLC** |
| v. | : : |
| ERROL COPILEVITZ, ESQ. and COPILEVITZ-CANTER, LLC | : : |

Defendant Copilevitz-Canter, LLC hereby states that it has no parent corporation and that there is no publicly held corporation owning more than 10% of its stock.

Respectfully submitted,

**GOLDBERG SEGALLA LLP**
Attorneys for Defendants
Errol Copilevitz, Esquire and
Copilevitz-Canter LLC

February 28, 2013

By: <u>Matthew S. Marrone</u>
Matthew S. Marrone, Esquire
Saleel V. Sabnis, Esquire