```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                         Minutes of Proceeding

OFFICE:    Trenton

JUDGE: HON. PETER G. SHERIDAN            Date: September 18, 2017

Court Reporter: FRANK GABLE

TITLE OF CASE:                           CIVIL 13-1191 (PGS)
David Keezer, et al

    vs.

Errol Copilevitz, Esq. et al

APPEARANCES:
Glenn A. Bergenfield, Esq for Plaintiffs

Matthew S. Marrone, Esq for Defendants
NATURE OF PROCEEDINGS:

Telephone conference held.

TIME COMMENCED:      11:30 a.m.          Dolores J. Hicks/
TIME ADJOURNED:      11:45 a.m.            Deputy Clerk
TOTAL TIME:           0:15
```