# KEEZER AND PASCH V. ERROL COPILEVITZ, AND COPILEVITZ & CANTER
## PLAINTIFFS TRIAL EXHIBITS

| | | |
|---|---|---|
| P1  | 06/08/96 | FTC Compliance Memo |
| P2  | 05/12/98 | Letter from Errol Copilevitz to Scott Pasch, David Keezer and Eric Greenberg |
| P3  | 05/21/98 | Letter from Errol Copilevitz to FTC |
| P4  | 06/15/98 | Letter from Errol Copilevitz to Joseph Koman |
| P5  | 07/08/98 | Letters from FTC to David Keezer and Scott Pasch |
| P6  | 07/23/98 | Email from Claribel Cosio to Partners |
| P7  | 07/23/98 | Memo from Errol Copilevitz to Scott Pasch, David Keezer, Kim Gibson, Claribel Cosio and Eric Greenberg |
| P8  | 09/01/98 | Letter from Errol Copilevitz to FTC |
| P9  | 09/24/98 | FTC decision and Order |
| P10 | 10/08/98 | Memo from Errol Copilevitz to David Keezer, Scott Pasch |
| P11 | 10/23/98 | Letter from FTC to Errol Copilevitz |
| P12 | 10/27/98 | Letter from Errol Copilevitz to Scott Pasch and David Keezer |
| P13 | 10/27/98 | Letter from Errol Copilevitz to Joseph Koman |
| P14 | 11/05/98 | Letter from Errol Copilevitz to Joseph Koman |
| P15 | 11/06/98 | Letter from Errol Copilevitz to Joseph Koman |
| P16 | 11/18/98 | Memo from Errol Copilevitz to David Keezer, Scott Pasch and Kim Gibson |
| P17 | 12/02/98 | Letter from Errol Copilevitz to Joseph Koman |
| P18 | 08/07/00 | Memo from Errol Copilevitz to Josephine De Vito and Sharon Rympa |
| P19 | 12/31/00 | Operating Agreement of Financial Processing Services LLC |
| P20 | 07/11/02 | Memo from Errol Copilevitz to Leo Blackwell |
| P21 | 08/14/02 | Memo from Errol Copilevitz to Scott Pasch & Alyce Cucurullo |
| P22 | 10/14/02 | Letter from Errol Copilevitz to Scott Pasch |
| P23 | 10/18/02 | Memo from Errol Copilevitz to Scott Pasch |
| P24 | 01/22/03 | Memo from Errol Copilevitz to Scott Pasch |
| P25 | 03/10/03 | Fax cover from Errol Copilevitz to Scott Pasch |
| P26 | 04/08/03 | Letter from Errol Copilevitz to Senator Dick Sears |
| P27 | 05/09/03 | Email from Scott Pasch to Alyce Cucurullo |
| P28 | 05/13/03 | Letter from Errol Copilevitz to Brenda Batista |
| P29 | 05/19/03 | Letter from Errol Copilevitz to Scott Pasch and David Keezer with attachment |
| P30 | 05/21/03 | Email from Alyce Cucurullo to Errol Copilevitz |
| P31 | 06/03/03 | Copilevitz and Canter Legal Bill |
| P32 | 08/07/03 | Letter from Errol Copilevitz to B. David Horne, Esq. |
| P33 | 12/02/03 | Letter from Errol Copilevitz to Alaska Attorney General |
| P34 | 12/12/03 | Letter from Errol Copilevitz to Alaska Attorney General |
| P35 | 01/06/04 | Advisory Opinion Letter from FTC to William Raney |
| P36 | 01/21/04 | Email from Scott Pasch to Errol Copilevitz |
| P37 | 01/28/04 | Email from Errol Copilevitz to Alyce Cucurullo |
| P38 | 01/28/04 | Letter from Errol Copilevitz to John Ruckelhaus Esq. |
| P39 | 02/02/04 | Memo from Errol Copilevitz to Scott Pasch & Alyce Cucurullo |

| | | |
|---|---|---|
| P40 | 02/05/04 | Email from Alyce Cucurullo to Greg Lam |
| P41 | 02/05/04 | Emails between Scott Pasch, Alyce Cucurullo and Errol Copilevitz |
| P42 | 03/26/04 | Letter from Scott Pasch to Todd Collis, NFOP |
| P43 | 09/07/04 | Letter from Errol Copilevitz to Scott Pasch & Alyce Cucurullo |
| P44 | 09/17/04 | Emails between Alyce Cucurullo and Errol Copilevitz |
| P45 | 10/28/04 | Email from Scott Pasch to Alyce Cucurullo |
| P46 | 11/03/04 | Letters from Errol Copilevitz to Alyce Cucurullo |
| P47 | 12/10/04 | Letter from Roger Smith to Kim Gibson |
| P48 | 12/30/04 | Memo from Errol Copilevitz to Alyce Cucurullo & Scott Pasch |
| P49 | 01/10/05 | Email from Alyce Cucurullo to Leo Blackwell and Lee Ostrowsky |
| P50 | 01/10/05 | Memo from Errol Copilevitz to Leo Blackwell & Tim Downs |
| P51 | 01/12/05 | Memo from Errol Copilevitz to Alyce Cucurullo & Scott Pasch |
| P52 | 01/14/05 | Letter from Errol Copilevitz to Roger Smith, Deputy AG, Indiana |
| P53 | 01/18/05 | Memo from Errol Copilevitz to Scott Pasch, David Keezer and Alyce Cucurullo |
| P54 | 01/26/05 | Memo from Errol Copilevitz to Scott Pasch, David Keezer and Alyce Cucurullo |
| P55 | 01/27/05 | Email chain between Alyce Cucurullo, Errol Copilevitz, Scott Pasch and David Keezer |
| P56 | 01/28/05 | Email from Alyce Cucurullo to Errol Copilevitz |
| P57 | 01/28/05 | Memo from Errol Copilevitz to Scott Pasch, David Keezer and Alyce Cucurullo with attachment |
| P58 | 03/03/05 | Memo from Errol Copilevitz to Scott Pasch and David Keezer |
| P59 | 03/03/05 | Email from Errol Copilevitz to Alyce Cucurullo, Scott Pasch and David Keezer |
| P60 | 04/06/05 | Memo from Errol Copilevitz to Scott Pasch, David Keezer and Alyce Cucurullo |
| P61 | 05/09/05 | Memo from Errol Copilevitz to Scott Pasch, David Keezer and Alyce Cucurullo |
| P62 | 01/04/06 | Memo from Errol Copilevitz to Scott Pasch |
| P63 | 01/09/06 | Letter from Errol Copilevitz to Thomas Fiorentino Esq. CT Deputy A.G |
| P64 | 01/09/06 | Letter from Errol Copilevitz to Reid Parrington |
| P65 | 01/18/06 | Memo from Errol Copilevitz to Scott Pasch and Alyce Cucurullo |
| P66 | 01/31/06 | Memo from Errol Copilevitz to Scott Pasch & Alyce Cucurullo |
| P67 | 01/31/06 | Email from Errol Copilevitz to Alyce Cucurullo & Scott Pasch |
| P68 | 01/31/06 | Email from Alyce Cucurullo to Errol Copilevitz |
| P69 | 02/03/06 | Letter from Errol Copilevitz to Reid Parrington |
| P70 | 02/10/06 | Letter from Errol Copilevitz to Janet Wayne |
| P71 | 02/16/06 | Letter from Errol Copilevitz to Scott Pasch |
| P72 | 05/21/07 | Letter from Errol Copilevitz to Rex Burlinson Esq., Missouri AG, with attached scripts |
| P73 | 07/03/07 | Letter from the FTC to Errol Copilevitz |

| | | |
|---|---|---|
| P74 | 07/12/07 | Email from Nathan Thomas to Errol Copilevitz |
| P75 | 07/12/07 | Memo from Nathan Thomas to Errol Copilevitz with attached research |
| P76 | 07/12/07 | Memo from Nathan Thomas to Errol Copilevitz |
| P77 | 07/12/07 | Memo from Errol Copilevitz to Scott Pasch, David Keezer and Alyce Cucurullo |
| P78 | 08/03/07 | Memo from Nathan Thomas to Errol Copilevitz |
| P79 | 08/08/07 | Memo from Errol Copilevitz to Alyce Cucurullo, Scott Pasch, David Keezer |
| P80 | 08/15/07 | Letter from Errol Copilevitz to Mark Josephs, Esq. |
| P81 | 09/05/07 | Letter from Mark Josephs to Errol Copilevitz |
| P82 | 09/07/07 | Letter from Errol Copilevitz to Mark Josephs, Esq. |
| P83 | 09/21/07 | Email from Robert Driscoll to Alyce Cucurullo, Errol Copilevitz, Scott Pasch and Partners |
| P84 | 09/24/07 | USA v CDG LLC Complaint |
| P85 | 10/03/07 | Email from Michael Himmel to Matthew Oliver, Allen Levithan and Carl Greenfeld |
| P86 | 10/31/07 | Email from Errol Copilevitz to Partners, Alyce Cucurullo and Matthew Oliver with attachment |
| P87 | 10/31/07 | Email from Carl Greenfeld to Matthew Oliver |
| P88 | 11/02/07 | Email from Errol Copilevitz to Matthew Oliver, Alyce Cucurullo, Senior Partners and William Raney |
| P89 | 11/07/07 | Email from Errol Copilevitz to Alyce Cucurullo, Scott Pasch, Matthew Oliver and David Keezer |
| P90 | 11/07/07 | Memo from Errol Copilevitz and William Raney to Matthew Oliver, Scott Pasch, David Keezer and Alyce Cucurullo |
| P91 | 11/08/07 | Email from Alyce Cucurullo to Errol Copilevitz |
| P92 | 11/29/07 | Email from Errol Copilevitz to Matthew Oliver, William Raney, Alyce Cucurullo and Senior Partners |
| P93 | 12/07/07 | Letter from Errol Copilevitz to Joel N. Brewer, Esq. |
| P94 | 01/07/08 | Memo from Errol Copilevitz to Carl Greenfeld with attachment |
| P95 | 01/23/08 | Pro Hac Vice Admission of Errol Copilevitz |
| P96 | 02/04/08 | Joint Core Discovery Plan in USA v CDG |
| P97 | 07/17/08 | Memo to File |
| P98 | 07/18/08 | Memo from Errol Copilevitz to Matthew Oliver, Scott Pasch, David Keezer and Alyce Cucurullo |
| P99 | 07/23/08 | Memo from Errol Copilevitz and William Raney to Matthew Oliver, Scott Pasch, David Keezer and Alyce Cucurullo |
| P100 | 07/24/08 | Memo from Errol Copilevitz to Matthew Oliver |
| P101 | 08/04/08 | Email from Matthew Oliver to Errol Copilevitz with attachment |
| P102 | 08/05/08 | Memo from Errol Copilevitz to Scott Pasch, David Keezer and Alyce Cucurullo |
| P103 | 09/04/08 | Email from Errol Copilevitz to Matthew Oliver |
| P104 | 09/11/08 | Email from Alyce Cucurullo to Matthew Oliver with attachment |

| | | |
|---|---|---|
| P105 | 09/12/08 | Letter from Errol Copilevitz to Matthew Oliver |
| P106 | 09/22/08 | Email from Alyce Cucurullo to Matthew Oliver |
| P107 | 10/02/08 | Email from Matthew Oliver to Errol Copilevitz with attachment |
| P108 | 09/25/08 | Email from Alyce Cucurullo to Matthew Oliver |
| P109 | 04/09/09 | Email from Matthew Oliver to Errol Copilevitz and Janicea51 |
| P110 | 10/07/09 | USA v CDG Notice of Withdrawal of Counsel |
| P111 | 10/13/09 | Email from Matthew Oliver to Michael Himmel, Carl Greenfeld and Jennifer Fiorica |
| P112 | 10/23/09 | Email from Matthew Oliver to Errol Copilevitz |
| P113 | 11/03/09 | Emails between Carl Greenfeld and Matthew Oliver |
| P114 | 01/19/10 | Emails between Alyce Cucurullo and Matthew Oliver |
| P115 | 01/25/10 | Email from Errol Copilevitz to Matthew Oliver |
| P116 | | USA v CDG Summary of Parties In Limine Motions |
| P117 | 01/25/10 | USA v CDG Plaintiff's Trial Brief |
| P118 | 01/25/10 | USA v CDG Defendants' Trial Brief |
| P119 | 03/01/10 | Bankruptcy Petition for Civic Development Group LLC |
| P120 | 03/29/10 | USA v CDG Stipulated Order for Permanent Injunction |
| P121 | 01/13/06 | Email from Reid Parrington to the FTC |
| P122 | 02/21/06 | Email from Reid Parrington to the FTC |
| P123 | | CDG Fundraising Scripts for Indiana FOP |
| P124 | | CDG Fundraising Scripts for Missouri FOP |
| P125 | | CDG Fundraising Scripts for Utah FOP |
| P126 | 09/12/13 | The Center for Investigative Reporting Errol Copilevitz Interview |
| P127 | 03/20/13 | Keezer v Copilevitz - Defendants Answer with Affirmative Defenses |
| P128 | | Keezer v Copilevitz - Defendants Answers to Interrogatories |
| P129 | | Keezer v Copilevitz - Defendants Answers to Plaintiffs Second Notice to Produce |
| P130 | 01/09/15 | Keezer v Copilevitz – Brief in Support of Defendants Motion to Apply Missouri Substantive Law |
| P131 | 01/09/15 | Keezer v Copilevitz – Affidavit of Errol Copilevitz |
| P132 | | Do Not Call Requests |
| P133 | 04/15/08 | Advisory Opinion Letter from the FTC to Kristen Marshall, Copilevitz and Canter LLC |
| P134 | | Management Consulting Agreement |
| P135 | | CDG Management Professional Consulting Services Overview |
| P136 | | Actual Services Performed by CDG Professional Svc Co. |
| P137 | | Professional Management Consulting Model – Start-Up Organization Fact Finding Survey |
| P138 | | Legal Bills of Copilevitz and Canter |
| P139 | | Copilevitz & Canter Website – M. Errol Copilevitz |
| P140 | | USA v CDG Defendants Answers to Interrogatories |
| P141 | | The Copilevitz Telemarketing Fundraising Resource |

| | | |
|---|---|---|
| P142 | 04/18/97 | Memo from Errol Copilevitz to Scott Pasch, David Keezer and Eric Greenberg |
| P143 | 05/02/97 | Letter from Errol Copilevitz to Reed Freeman |
| P144 | 12/22/99 | Letter from Errol Copilevitz to Alyce Cucurullo re Farmer |
| P145 | 12/22/99 | Letter from Errol Copilevitz to Alyce Cucurullo re Vermont |
| P146 | 05/04/00 | Letter from Errol Copilevitz to Alyce Cucurullo |
| P147 | 11/26/01 | Letter from Errol Copilevitz to Jim Kluss and Steve Urso |
| P148 | 10/07/09 | USA v CDG Final Pretrial Order |
| P149 | 10/16/09 | USA v CDG Plaintiffs Amendments to Pretrial Order |