UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID KEEZER and SCOTT PASCH, a/k/a JAY HENRY SCOTT, <br><br> *Plaintiffs*, <br><br> v. <br><br> ERROL COPILEVITZ, ESQ. and COPILEVITZ-CANTER, LLC, <br><br> *Defendants*. | Civil Action No: 13-cv-1191 (PGS) <br><br> **ORDER** |

THIS MATTER having been presented to the Court upon Defendants' second, third, and fifth motions in limine, (ECF Nos. 60, 61, and 63); and after considering the submissions in of the parties; and having considered the arguments of counsel and for the reasons set forth on the record on September 29, 2017; and for good cause shown:

IT IS on this 29th day of September, 2017, hereby

**ORDERED** that Defendants' motion to prohibit Plaintiffs from offering expert testimony pertaining to a hypothetical advisory FTC opinion is **DENIED**; and it is further

**ORDERED** that Defendants' motion to prohibit Plaintiffs from offering expert testimony pertaining to a hypothetical notice to the FTC, under the 1998 Consent Order, is **DENIED**; and it is further

**ORDERED** that Defendants' motion preclude Plaintiffs' expert, Lewis Goldfarb, from testifying is **DENIED**.

_____
PETER G. SHERIDAN, U.S.D.J.